■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of DAPHNEY HOLMES, Respondent, v NABEEL ABDALLAH, Also Known as BILLY ABDALLAH, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Erie County Dept. of Social Servs. v Abdallah* ([appeal No. 2] 187 AD2d 967 [decided herewith]). (Appeal from Order of Erie County Family Court, Considine, H.E.—Child Support.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.